UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

Shaun Paul Gober  
SS #xxx-xx-8506

Case No. 21-00147-jwb  
Chapter 7

_____ Debtor/

### ORDER SETTING ASIDE DISCHARGE

On June 3, 2021, a Discharge pursuant to 11 U.S.C. §727 was entered in error by this Court in the above-entitled proceeding (DN 70).

NOW, THEREFORE, IT IS ORDERED as follows:

1. The Discharge of Debtor entered June 3, 2021 is hereby set aside and held to be null and void and of no effect whatsoever.

2. Service of a copy of this order shall be made by the Court pursuant to Fed.R.Bankr.P.9022 and LBR 5005-4 upon the debtor, the attorney for the debtor, the trustee, the United States Trustee, and all creditors and parties of interest appearing of record herein.

[END ORDER]

**IT IS SO ORDERED.**

**Dated June 7, 2021**

Michelle M. Wilson  
Clerk of Court