UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                              Hon. James W. Boyd

SHAUN PAUL GOBER,                                   Case No. 21-00147-JWB

                                                                    Chapter 7

            Debtor
_____/

**RULE 6004(f)(1) SALE REPORT**

       Pursuant to Fed.R.Bankr.P. 6004(f)(1), Kelly M. Hagan ("Trustee"), the duly-appointed chapter 7 trustee in this case, for her *Rule 6004(f)(1) Sale Report* states as follows:

       1.    Debtor Shaun Paul Gober filed this case under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq. on January 21, 2021.

       2.    Pursuant to an order confirming sale entered by this Court on September 10, 2021, Trustee sold 1985 Porsche VIN WP0JB0921FA860652, 2004 Buell motorcycle VIN 4MAAX59J043445136, 2014 Bravo trailer SN 542BC1624EB007340, Opel GT (942145613) ("property").

       3.    The property was sold through an asset purchase agreement. The property was sold to Kingsley Lumber and Hardware LLC for $17,000.

                                                                 Respectfully submitted,

Dated: September 16, 2021                 /s/ Kelly M. Hagan
                                                               Kelly M. Hagan
                                                               Chapter 7 Trustee
                                                               Hagan Law Offices PLC
                                                               P.O. Box 6844
                                                               Traverse City, MI 49696
                                                                (231) 938-7095